1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| DEBORAH CURTIS, an individual, )<br><br>        Plaintiff, )<br><br>    v. )<br><br>OPTION ONE MORTGAGE CORP., )<br>A suspended California corporation, )<br>AMERICAN HOME MORTGAGE )<br>SERVICING, INC., a Delaware )<br>corporation, and DOES 1 through 50 )<br>inclusive, )<br><br>        Defendants. )<br>_____ ) | NO. 1:09-CV-01608-AWI-SMS<br><br>ORDER VACATING<br>JANUARY 19, 2010 HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

19
20
21
22
23
24
25
26
27
28

        Defendants' motion to dismiss the first amended complaint has been set for hearing in this case on January 19, 2010.   The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 19, 2010, is VACATED, and the parties shall not appear at that time.  As of January 19, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    January 13, 2010**            _____/s/ Anthony W. Ishii_____
                                         CHIEF UNITED STATES DISTRICT JUDGE