IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH CURTIS,<br><br>        Plaintiff,<br><br>  v.<br><br>OPTION ONE MORTGAGE, CORP., et al.,<br><br>        Defendants. | NO. 1:09-CV-01608-AWI-SMS<br><br>ORDER VACATING<br>MAY 10, 2010 HEARING DATE<br>AND TAKING MATTER<br>UNDER SUBMISSION |

    Defendants' motions to dismiss have been set for hearing in this case on May 10, 2010. The court has reviewed the papers and has determined that these matters are suitable for decision without oral argument. Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 10, 2010, is VACATED, and the parties shall not appear at that time.  As of May 10, 2010, the court will take the matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 4, 2010                             /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE